Judgment-Page __2__ of __2__

DEFENDANT: **MARC SPORN**
CASE NUMBER: 1:91CR00341-001 ~ Hoeveler

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __14 month(s)__.

**It is further ordered and adjudged that the defendant make restitution to the victims as previously ordered by this Court.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**To be designated to a Federal Prison Camp.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____.

☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☒ before 2 p.m. on __01/05/1998__.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

FILED by ___ D.C.
98 FEB -3 AM 11:35
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA.-MIAMI

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _January 5, 1998_ to _Federal Prison Camp_ at _Miami, FL_, with a certified copy of this judgment.

_William G. Patrick_
~~UNITED STATES MARSHAL~~ Warden

By _Palstolinski_  AISM
~~Deputy U.S. Marshal~~

246 S (Rev. 4/90) Sheet 1 - Judgment in a ___ al Case

# United States District Court

**SOUTHERN** District of **FLORIDA**

UNITED STATES OF AMERICA
v.
**MARC SPORN**
(Name of Defendant)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **91-341-CR-HOEVELER**

**YALE GALANTER, ESQ.**
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **One thru Five** _____ after a
☐ was found guilty on count(s) _____
plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1343 | Wire Fraud. | | 1 thru 5 |

The defendant is sentenced as provided in pages 2 through **4** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.
☐ It is ordered that the defendant shall pay a special assessment of $ **250.00** , for count(s)
☒ **1 thru 5** _____, which shall be due ☒ immediately ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**

Defendant's Date of Birth: **11-10-62**

Defendant's Mailing Address:
**2141 N. E. 212th Street**
**North Miami Beach, FL  33179**

Defendant's Residence Address:
**SAME AS ABOVE**

**4-10-92**
Date of Imposition of Sentence

_signature_
Signature of Judicial Officer

**William M. Hoeveler, U. S. District Judge**
Name & Title of Judicial Officer

_April 14, 1992_
Date

AO 245 S (Rev. 4/90) Sheet 2 - Imprisonment

Defendant: **MARC SPORN**
Case Number: **90-341-CR-HOEVELER**

Judgment—Page **2** of **4**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Twenty-seven (27) months as to counts 1 thru 5, to run concurrent with each other. Sentence is to run concurrent with sentence imposed in Case No.: 90-939-CR-HOEVELER.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**Eglin Air Force Base.**

☐ The defendant is remanded to the custody of the United States marshal.
☐ The defendant shall surrender to the United States marshal for this district.
  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States marshal.
☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
  ☒ before 2 p.m. on **5-26-92**
  ☐ as notified by the United States marshal.
  ☐ as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____

_____, with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy Marshal

Defendant: **MARC SPORN**
Case Number: **91-341-CR-HOEVELER**
Judgment—Page 3 of 4

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Three (3) years as to each of counts 1 thru 5, to run concurrent with each other.**

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

[x] The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

[ ] The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

[ ] The defendant shall not possess a firearm or destructive device.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant: MARC SPORN  
Case Number: 91-341-CR-HOEVELER

Judgment—Page __4__ of ____

## RESTITUTION AND FORFEITURE

### RESTITUTION

☒ The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution |
|---|---|
| 1) Commerce Drug Company, Inc. | $67,624.30 |
| 2) Med Sales | 23,140.00 |
| 3) Chanel, Inc. | 65,507.00 |
| 4) Coast Federal Supply/Daryl Berman | 10,000.00 |
| 5) World Resource Trading Company | 20,000.00 |
| 6) Pacific Balloon Manufac. Co. | 173,678.88 |
| 7) AAB Industries/Global Imports | 306,000.00 |
| 8) Surgical Glove Company | 30,381.00 |
| 9) American Consolidated Products | 38,912.38 |
| 10) P.T. Darfatex Indah | 57,824.00 |
| 11) Sunkyong America, Inc. | 30,000.00 |
| 12) Medline | 10,936.55 |
| 13) Orient International | 120,000.00 |
| 14) American Nature, Inc. | $120,000.00 |
| 15) Everglory Int. | $12,250.00 |
| 16) J.T. Medical Prod. | $59,968.00 |
| 17) Shannon & Son. | $11,336.58 |
| 18) Edward Heller | $154,000.00 |

~~Payments of restitution are to be made to:~~

☐ the United States Attorney for transfer to the payee(s).

☐ the payee(s).

Restitution shall be paid:

☐ in full immediately.

☐ in full not later than _____.

☐ in equal monthly installments over a period of _____ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.

☒ in installments according to the following schedule of payments:
  Worked out with Probation Department.

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

### FORFEITURE

☐ The defendant is ordered to forfeit the following property to the United States:

USM

AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

'97 JUN 25 AM 10: 17 **Southern District of Florida at Miami**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **MARC SPORN** | (For Offenses Committed On or After November 1, 1987) |

Case Number: **1:91CR00341-001**

David Rosen, Esq./Thomas O'Malley, AUSA
Defendant's Attorney

FILED by _____ D.C.

JUN 2 4 1997

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## THE DEFENDANT:

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☒ was found in violation of condition(s) _Supervised Release_ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | **Violation of Standard Condition** | 01/11/1996 |
| 7 | **Violation of Mandatory Condition** | 07/25/1995 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 06/10/1997 |
| Defendant's Date of Birth: 11/10/1962 | Date of Imposition of Judgment |
| Defendant's USM No.: 36328-004 | |
| Defendant's Residence Address: | *signature* |
| 18700 Long Lake Drive | Signature of Judicial Officer |
| Boca Raton FL 33496 | **William M. Hoeveler** |
| | **United States District Judge** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| 18700 Long Lake Drive | |
| Boca Raton FL 33496 | Date June 24, 1997 |

Certified to be a true and correct copy of the original.
Carlos Juenke, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 6/24/97